UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| James M. Schenider, ) | |
| ) | |
| Petitioner ) | No. 13-1245 |
| ) | |
| v. ) | |
| ) | |
| Securities and Exchange Commission, ) | |
| ) | |
| Respondent. | |

**STATEMENT OF ISSUES TO BE RAISED**

James M. Schneider, through his undersigned counsel, hereby submits the following statement of issues to be raised on review:

1. Whether the SEC violated the consent decree it entered into with Petitioner by barring Petitioner from accepting positions that do not constitute practicing before the Commission "as an accountant."

2. Whether the SEC exceeded its authority under 17 C.F.R. § 201.102(e) by barring Petitioner from accepting positions that do not constitute practicing before the Commission "as an accountant."

3. Whether the SEC violated Petitioner's rights under the Fifth Amendment's Due Process Clause by interpreting 17 C.F.R. § 201.102(e) and its consent decree with Petitioner in a manner that is contrary to the Commission's own prior statements, as well as the text and purpose of the regulation and consent decree.


Dated: September 27, 2013            /s/ W. Neil Eggleston
                                     W. Neil Eggleston
                                     KIRKLAND & ELLIS LLP
                                     655 Fifteenth Street, N.W.
                                     Washington, D.C. 20005
                                     (202) 879-5016
                                     (202) 879-5200 (facsimile)
                                     neil.eggleston@kirkland.com

## Certificate of Service

The undersigned, W. Neil Eggleston, counsel to James M. Schneider, hereby certifies that a copy of the foregoing Statement of Issues was filed with the Clerk of Court using the CM/ECF system, which will send a notice of docket activity to Respondent Securities and Exchange Commission.

/s/ W. Neil Eggleston
W. Neil Eggleston